UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELICIA BETH BAUMGARDEN,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:14-CV-374-SAB<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner denying benefits is reversed and remanded for an award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: October 27, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
     Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**