UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELICIA BETH BAUMGARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | NO.  2:14-cv-00374-SAB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.C.P. 59(e)** |

Before the Court is Defendant's Motion to Alter or Amend Judgment Pursuant to F.R.C.P. 59(e). The motion was heard without oral argument.

Defendant argues the Court committed manifest errors of law and fact when it found the ALJ erred in failing to incorporate the narrative portion of Dr. Robinson's report. Defendant relied on *Rounds v. Commissioner Soc. Sec. Admin.*, 795 F.3d 1177 (9th Cir. 2015). However, this opinion was recently amended. Notably, in the amended opinion, the Circuit indicated the ALJ was to consider the "whole of the [medical source's] opinion, including the narrative portion." *Rounds v. Commissioner Soc. Sec. Admin.*, __ F.3d __, 2015 WL 7958982 *6 (Dec. 7, 2015 9th Cir.) In this case, the ALJ erred when she ignored the narrative portion of Dr. Robinson's opinion in defining Plaintiff's RFC, especially since Dr. Robinson's findings regarding Plaintiff's inability to complete a normal workday

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.C.P. 59(e)  ~ 1**

and workweek were consistent with the conclusions made by Plaintiff's treating physicians. Additionally, the Court found the ALJ erred in discrediting Plaintiff's symptom testimony and erred in rejecting Plaintiff's treatment providers' testimony. Defendant has not challenged these findings.

Accordingly**, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Alter or Amend Judgment Pursuant to F.R.C.P. 59(e), ECF No. 17, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of December, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.C.P. 59(e) ~ 2**